s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Leland Foster, | : | Case No. 1:15-cv-1188- PJG |
| Plaintiff, | : | Magistrate Judge Phillip J. Green |
| vs. | : | **STIPULATION OF DISMISSAL** |
| Crystal Enterprises, Inc., a Michigan Corporation, | : | |
| | : | |
| Defendant. | | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

The parties hereby agree and stipulate that this matter may be dismissed without prejudice, with each party to bear his or its own costs and attorney fees.

　　　　　　　　　　　　　　　　　　IT IS SO STIPULATED

　　　　　　　　　　　　　　　　　　/s/   Owen B. Dunn, Jr._____
　　　　　　　　　　　　　　　　　　Owen B. Dunn, Jr. (p66315)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　/s/  Kevin J. Gleeson_____
　　　　　　　　　　　　　　　　　　Kevin J. Gleeson Bar ( P30099)
　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED:


  /s/ Phillip J. Green_____
United States Magistrate Judge